IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LASHIKA WYNN, RONETRA ANTWINE, RAMONA WURM, ANNIE RIDLEY, and MICHELLE WILLIAMS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:13-1338 Judge Trauger |
| FIVE STAR QUALITY CARE TRUST, MORNINGSIDE OF BELMONT, and BENITA BROOKER, | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Given the pendency of a Motion to Compel Arbitration and a Motion For Partial Dismissal, it is hereby **ORDERED** that the initial case management conference scheduled for February 24, 2014 is **CONTINUED**, to be reset, if appropriate, following a decision on these motions.

It is so **ORDERED**.

ENTER this 20th day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge