IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LASHIKA WYNN, RONETRA ANTWINE, RAMONA WURM, ANNIE RIDLEY, and MICHELLE WILLIAMS,<br><br>    Plaintiffs,<br><br>v.<br><br>FIVE STAR QUALITY CARE TRUST, MORNINGSIDE OF BELMONT, and BENITA BROOKER,<br><br>    Defendants. | Civil No. 3:13-1338<br>Judge Trauger |

**O R D E R**

Given the pendency of a Motion to Compel Arbitration and a Motion For Partial Dismissal, it is hereby **ORDERED** that the initial case management conference scheduled for February 24, 2014 is **CONTINUED**, to be reset, if appropriate, following a decision on these motions.

It is so **ORDERED**.

ENTER this 20th day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge