IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED.==

| | |
|---|---|
| LASHIKA WYNN, RONETRA ANTWINE, ) <br> BERNITA BROOKER, RAMONA WURM ) <br> ANNIE RIDLEY, MICHELLE WILLIAMS, ) <br> On behalf of themselves and ) <br> Others Similarly Situated ) <br> ) <br> v. ) <br> ) <br> FIVE STAR QUALITY CARE and ) <br> MORNINGSIDE OF BELMONT ) | Hon. Judge Trauger <br><br> 3:13-cv-01338 <br><br><br> JURY DEMAND |

**PLAINTIFFS MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Now comes, Plaintiffs (individually and collectively) and files this Motion for Leave to Exceed Page Limit on their Brief in Opposition to Defendants Motion to Compel Arbitration and Stay Proceedings. In support of this request, Plaintiffs state the following:

1. Plaintiffs' Brief in Opposition is 31 pages in complete length, resulting from the serious issues in this case (regarding compelled arbitration, public policy, and effective/ineffective vindication of employee rights in the arbitral forum), the developing authority governing the legal principles regarding these issues, and the extraordinary relief requested by Defendants. The length was also due to contemporaneous filing deadlines for other briefings (that was timely filed with this Court earlier today).

2. For these reasons, Plaintiffs', by and through counsel respectfully requests that the Court grant them leave to exceed the Middle District's page limit in its Brief in Opposition to Defendants Motion to Compel Arbitration and Stay Proceedings.

1