IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LASHIKA WYNN, RONETRA ANTWINE, RAMONA WURM, ANNIE RIDLEY, and MICHELLE WILLIAMS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:13-1338 Judge Trauger |
| FIVE STAR QUALITY CARE TRUST, MORNINGSIDE OF BELMONT, and BENITA BROOKER, | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

The Defendants' Motion For Leave to File Briefs (Docket No. 21) is **GRANTED**. The court will accept for filing the Reply attached to the motion (Docket No. 21-1), and the defendants may have until March 5, 2014 within which to file a reply to the plaintiffs' Response to the Motion to Compel Arbitration.

It is so **ORDERED**.

ENTER this 26th day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge