IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| LASHIKA WYNN, RONETRA ANTWINE, | ) | |
| BERNITA BOOKER, RAMONA WURM | ) | |
| ANNIE RIDLEY, MICHELLE WILLIAMS, | ) | Hon. Judge Trauger |
| On behalf of themselves and | ) | |
| Others Similarly Situated | ) | 3:13-cv-01338 |
| | ) | |
| v. | ) | JURY DEMAND |
| | ) | |
| FIVE STAR QUALITY CARE and | ) | |
| MORNINGSIDE OF BELMONT | ) | |

### PLAINTIFFS MOTION FOR LEAVE TO FILE SUR-REPLY AND (ALTERNATIVE) MOTION FOR COURT TO RETAIN CLASS/COLLECTIVE SPECIFIC CLAIMS

Plaintiffs respectfully requests that the Court afford it leave to file the attached sur-reply in clarification and opposition to Defendants Reply (to Plaintiffs Response in Opposition to Defendants Motion to Compel) filed on March 5, 2014. Defendants raised several inaccurate statements of law and fact of matters of grave concern; particularly with regard to Defendants claim of a burden to Plaintiffs. Plaintiff would like the opportunity to reply to the arguments raised by Defendants and draw the Court attention to the correct and applicable legal authorities, especially in relation to the complex facts of this matter.

Additionally, Plaintiffs respectfully requests that the Court grant its Motion to Retain Plaintiffs' Class/Collective-Specific Claims. For the reasons stated in the attached Memorandum of Law (included within the Sur-Reply), Plaintiffs ask the Court to grant their, in the alternative, motion if necessary.

Accordingly, Plaintiffs respectfully requests that the Court grant leave to file the attached Sur-Reply and accept their Memorandum of Law (filed collectively).

1