UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LASHIKA WYNN, RONETRA ANTWINE, BERNITA BROOKER, RAMONA WURM, ANNIE RIDLEY, MICHELLE WILLIAMS, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FIVE STAR QUALITY CARE TRUST and MORNINGSIDE OF BELMONT, <br><br> Defendants, | Case No. 3:13-cv-01338 <br> Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendants' Motion to Compel Arbitration (Docket No. 8) is **GRANTED** and the defendants' Motion to Dismiss or for a More Definite Statement (Docket No. 10) is **GRANTED IN PART AND DENIED IN PART**. All claims asserted by plaintiffs other than Lashika Wynn are hereby **STAYED** pending arbitration. By June 30, 2014, plaintiff Wynn shall file an Amended Complaint, to which the defendants may respond in the ordinary course.

The initial case management conference is **RESET** for August 8, 2014 at 1:30 p.m.

It is so **ORDERED**.

Enter this 5th day of June 2014.

_____
ALETA A. TRAUGER
United States District Judge

1