**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| LASHIKA WYNN, RONETRA ANTWINE, RAMONA WURM, ANNIE RIDLEY, and MICHELLE WILLIAMS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:13-1338 Judge Trauger |
| FIVE STAR QUALITY CARE TRUST, MORNINGSIDE OF BELMONT, and BENITA BROOKER, | ) ) ) ) | |
| Defendants. | ) | |

## O R D E R

Given the pendency of a Motion to dismiss, it is hereby ORDERED that the initial case management conference scheduled for August 8, 2014 is CONTINUED, to be reset following a decision on this motion.

It is so **ORDERED**.

ENTER this 30th day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge